IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JC PAYNE, II                                                                                          PLAINTIFF

V.                              NO: 3:17CV00134 JLH

CRAIGHEAD COUNTY DETENTION
CENTER, *et al.*                                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Payne's complaint is DISMISSED WITHOUT PREJUDICE. Document #1.

DATED this 16th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE