IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JC PAYNE, II                                                                               PLAINTIFF

V.                        NO: 3:17CV00134 JLH

CRAIGHEAD COUNTY DETENTION
CENTER, *et al.*                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 16th day of August, 2017.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE